## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

LEONARD N. HUBBARD, INDIVIDUALLY AND ON BEHALF OF GRAND NEGZ, INC., A PENNSYLVANIA CORPORATION,

  Respondents

          v.

SHAWN GEE; SPORTS ENTERTAINMENT FINANCIAL GROUP, INC, A PENNSYLVANIA CORPORATION; AHMIR THOMPSON; TARIK TROTTER; GRAND NEGAZ, INC., A PENNSYLVANIA CORPORATION; OKAY TOURS, LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY; GRAND WIZARDS, LLC, A PENNSYLVANIA LIMITED LIABILITY COMPANY; AND THE ROOTS ON TOUR, INC., A PENNSYLVANIA CORPORATION,

  Petitioners

: No. 179 EAL 2018

: Petition for Allowance of Appeal from the Order of the Superior Court

## ORDER

**PER CURIAM**

     **AND NOW**, this 15th day of November, 2018, the Petition for Allowance of Appeal is **DENIED**.